**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA 95831
Phone: (916) 395-4422
Fax: (916) 395-4423
Email: greglaw@jps.net

Attorney for Troy Vickers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TROY VICKERS, <br><br> Defendant(s). | Case No.: 2:13-CR-0240-KJM <br><br> **STIPULATION AND ORDER MODIFYING SPECIAL CONDITIONS OF RELEASE** <br><br> JUDGE: Hon. Kimberly Mueller |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Kyle Reardon; and defendant Troy Vickers, through his counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. Based on further investigation by the U.S. Pretrial Services Officer Darryl Walker, his conversation with appropriate officials, and his recommendation regarding amendment of the Special Conditions of Release to remove the need for 24-hour supervision, the parties respectfully request that the Special Conditions of Release be modified to remove the requirement of 24-hour supervision by either Sandra Grant or Anthony Bibb, and that Special Condition of Release be modified to read as follows: **You are released to the third-party custody of Sandra Grant and Anthony Bibb.**

2. Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

1

Stipulation and Order Modifying Special Conditions of Release
*U.S. v. Vickers*

**IT IS SO STIPULATED.**

DATED: August 15, 2013  BENJAMIN B. WAGNER
 United States Attorney

 /s/ Kyle Reardon
 KYLE REARDON
 Assistant United States Attorney
 Attorney for Plaintiff United States

DATED: August 15, 2013

 /s/ Gregory W. Foster
 GREGORY W. FOSTER
 Attorney for Defendant Troy Vickers

**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Vickers0240.stipord.modify COR.docx

Stipulation and Order Modifying Special Conditions of Release
*U.S. v. Vickers*